### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARY L. HOBBS,** | ) |
| Plaintiff, | ) 8:06CV542 |
| vs. | ) ORDER |
| **UNITED STATES OF AMERICA, et al.,** | ) |
| Defendants. | ) |

This matter is before the court on the plaintiff's motion to extend the final pretrial conference and trial dates for a period of ninety days (Filing No. 42). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to extend the final pretrial conference and trial dates (Filing No. 42) is granted as set forth below.

2. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **May 16, 2008, at 1:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. **Trial** is set to commence, at the court's call, during the week of **July 21, 2008**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 31st day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge