IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY L. HOBBS, | ) | NO. 8:06CV542 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES OF AMERICA, and GOODWILL INDUSTRIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to written Stipulation of the parties, Filing No. 49, this action is dismissed, with prejudice, each party to pay their own costs.

DATED this 4th day of March, 2008.

BY THE COURT:

s/ JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE